# Court of Appeals
# of the State of Georgia

ATLANTA,  December 16, 2021

*The Court of Appeals hereby passes the following order:*

## A21A1473. MITCHELL L. BRYANT et al. v. WILLENE JAMES.

In this breach of contract case, plaintiff Willene James appealed to the superior court after the magistrate court entered judgment in favor of defendants Mitchell Bryant and Danita Bryant. The superior court entered judgment in favor of the plaintiff in the amount of $4,714, and the defendants filed this direct appeal. We lack jurisdiction.

In order to obtain appellate review of the superior court's judgment, the plaintiffs were required to comply with the discretionary appeal procedure. Appeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings must be by application for discretionary appeal. See OCGA § 5-6-35 (a) (1); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). Appeals of all actions for damages in which the judgment is $10,000.00 or less must also be by application for discretionary appeal. See OCGA § 5-6-35 (a) (6); *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998). Because the plaintiffs did not follow the proper procedure for obtaining appellate review in this case, we lack jurisdiction, and this appeal is  hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/16/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*
_____ , Clerk.